UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
DANAY GARCIA,                                            Case No. 11-41751-AJC
    Debtor
_____/                          Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this <u>10TH</u> day of January 2012 to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:<u>/s/Robert Sanchez</u>_____
    Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

SunTrust Bank
Laurie A. Pennington, R.A.
200 S. Orange Ave
Orlando, FL 32801

SunTrust Bank
c/o William H. Rogers, Jr., CEO
303 Peachtree Street NE, 30th Floor
Atlanta, GA 30308

SunTrust Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286